# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERIDIAN SECURITY INSURANCE COMPANY, | : : : | 4:14-cv-1532 |
| Plaintiff, | : : | Hon. John E. Jones III |
| v. | : : | |
| ADAM FLICK and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | : : : : | |
| Defendants. | : | |

## ORDER

## May 26, 2015

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. 20) is **GRANTED** to the extent it seeks a declaration that the relevant excess clauses are mutually exclusive and that the insurers owe coverage on an equal shares basis, and it is **DENIED** in all other respects.

2. Defendants' Motion for Summary Judgment (Doc. 19) is **DENIED** in its entirety.

3. The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge